IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KYLEE A. MARR,

                Plaintiff,

        vs.

EDWARD F. OLSON, and VANDER KOOI,
INC.,

                Defendants.

8:24CV227

ORDER ON STIPULATED MOTION
FOR DISMISSAL

This case is before the Court on the parties' Stipulated Motion for Dismissal. Filing 39. The parties stipulate to dismissal of this case with prejudice, with each party to bear its own costs, and with complete record waived. Filing 39 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulated Motion for Dismissal, Filing 39, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs, and with complete record waived.

The Clerk of Court shall close the case.

Dated this 1st day of June, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge